

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX 77027

| | |
|---|---|
| **Invoice Number:** | 28392 |
| **Invoice Date:** | July 31, 2018 |
| **Ship Date:** | |
| **Due Date:** | 8/15/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| ADELINE | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 14.25 | Towing | 7/8: MV ADELINE ON CHARTER TO GRIFFIN BARGE - START 09:45; STOP 24:00 | 177.08 | 2,523.39 |
| 23.00 | Towing | 7/9-7/31: | 4,250.00 | 97,750.00 |

| | |
|---|---|
| Subtotal | 100,273.39 |
| Sales Tax | |
| Total Invoice Amount | 100,273.39 |
| Payment/Credit Applied | 40,511.26 |
| **TOTAL** | **59,762.13** |

**REMIT PAYMENT TO:**
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**EXHIBIT**

A



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14209**
**8/3/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: 

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN<br>122 Fleet | 07/23 17:00<br>07/23 17:00 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 07/23 17:00<br>07/27 06:00 | 5.00 | 125.00 | --- | 0.00 | 625.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet<br>Sallie Ann **(M/V)** | 07/27 06:00<br>07/27 06:00 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Shift Total | 450.00 |
| Fleeting Total | 625.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,075.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14210**
**8/3/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX  77027

ACH Payment: Bank Name: ▇▇▇▇

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN<br>122 Fleet | 07/23 17:00<br>07/23 17:00 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 07/23 17:00<br>07/27 06:00 | 5.00 | 125.00 | --- | 0.00 | 625.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet<br>Sallie Ann (M/V) | 07/27 06:00<br>07/27 06:00 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Fleeting Total | 625.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,075.00**



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX 77027

| | |
|---|---|
| **Invoice Number:** | 28426 |
| **Invoice Date:** | August 15, 2018 |
| **Ship Date:** | |
| **Due Date:** | 8/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Towing | 8/1-8/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | |
|---|---|
| Subtotal | 63,750.00 |
| Sales Tax | |
| Total Invoice Amount | 63,750.00 |
| Payment/Credit Applied | |
| **TOTAL** | **63,750.00** |

**REMIT PAYMENT TO:**
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14502**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name:

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 1L | MV Rodney E | Shift In - Oversize Barge | ADELINE Bolivar Fleet | 08/03 12:50 08/03 12:50 | - | 350.00 | --- | 0.00 | 350.00 |
| GRIFFIN 1L | Unassisted | Fleeting - Tank Barge | Bolivar Fleet | 08/03 12:50 08/03 16:30 | 1.00 | 200.00 | --- | 0.00 | 200.00 |
| GRIFFIN 1L | MV Rodney E | Shift Out - Oversize Barge | Bolivar Fleet Adeline (M/V) | 08/03 16:30 08/03 16:30 | - | 350.00 | --- | 0.00 | 350.00 |

| Summary | |
|---|---|
| Shift Total | 700.00 |
| Fleeting Total | 200.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 900.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14503**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX  77027

ACH Payment: Bank Name:

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLY ANN 122 Fleet | 08/05 08:30 08/05 08:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 08/05 08:30 08/07 14:00 | 3.00 | 125.00 | --- | 0.00 | 375.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann **(M/V)** | 08/07 14:00 08/07 14:00 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Fleeting Total | 375.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 825.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14504**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027



ACH Payment: Bank Name:

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLY ANN<br>122 Fleet | 08/05 08:30<br>08/05 08:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 08/05 08:30<br>08/07 14:00 | 3.00 | 125.00 | --- | 0.00 | 375.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet<br>Sallie Ann (M/V) | 08/07 14:00<br>08/07 14:00 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Shift Total | 450.00 |
| Fleeting Total | 375.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 825.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14505**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name:


| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN2T | MV Rodney E | Shift In - Oversize Barge | ADELINE<br>Bolivar Fleet | 08/03 12:50<br>08/03 12:50 | - | 350.00 | --- | 0.00 | 350.00 |
| GRIFFIN2T | Unassisted | Fleeting - Tank Barge | Bolivar Fleet | 08/03 12:50<br>08/03 16:30 | 1.00 | 200.00 | --- | 0.00 | 200.00 |
| GRIFFIN2T | MV Rodney E | Shift Out - Oversize Barge | Bolivar Fleet<br>Adeline (M/V) | 08/03 16:30<br>08/03 16:30 | - | 350.00 | --- | 0.00 | 350.00 |

| Summary | |
|---|---|
| Fleeting Total | 200.00 |
| Shift Total | 700.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 900.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14506**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

**GRIFFIN BARGE LINE**
**4265 SAN FELIPE ST.**
**HOUSTON, TX 77027**

ACH Payment: Bank Name: 

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 08/08 09:30 08/08 09:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 08/08 09:30 08/12 04:15 | 5.00 | 125.00 | --- | 0.00 | 625.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 08/12 04:15 08/12 04:15 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|--------|
| Fleeting Total | 625.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,075.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14507**
**8/18/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: 

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 08/08 09:30 08/08 09:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 08/08 09:30 08/12 04:15 | 5.00 | 125.00 | --- | 0.00 | 625.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 08/12 04:15 08/12 04:15 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Fleeting Total | 625.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,075.00**



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX  77027

| | |
|---|---|
| **Invoice Number:** | 28441 |
| **Invoice Date:** | August 20, 2018 |
| **Ship Date:** | |
| **Due Date:** | 9/4/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 10.50 | Towing | 8/12: MV OKALOOSA DEPART GRIFFIN3L, GRIFFIN4 TO IMTT GRETNA DUE TO SALLY ANN DOWN ON ONE ENGINE - START 01:30; ARRIVE 12:00 | 425.00 | 4,462.50 |

| | |
|---|---|
| Subtotal | 4,462.50 |
| Sales Tax | |
| Total Invoice Amount | 4,462.50 |
| Payment/Credit Applied | |
| **TOTAL** | **4,462.50** |

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX 77027

**Invoice Number:** 28438
**Invoice Date:** August 31, 2018
**Ship Date:**
**Due Date:** 9/15/18

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
|  |  | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | Charter | 8/16-8/31: MV ADELINE ON CHARTER | 4,250.00 | 68,000.00 |

| | |
|---|---|
| Subtotal | 68,000.00 |
| Sales Tax | |
| Total Invoice Amount | 68,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **68,000.00** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 14972**
**9/6/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: ████

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/02 06:30 09/02 06:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/02 06:30 09/05 13:15 | 4.00 | 125.00 | --- | 0.00 | 500.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 09/05 13:15 09/05 13:15 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Shift Total | 450.00 |
| Fleeting Total | 500.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 950.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;
heather@magnoliafleet.com**

**Invoice # 14973**
**9/6/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: 

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/02 06:30 09/02 06:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/02 06:30 09/05 13:15 | 4.00 | 125.00 | --- | 0.00 | 500.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 09/05 13:15 09/05 13:15 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|--------|
| Fleeting Total | 500.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 950.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

Phone: 5046442535

Email: kstewart@magnoliafleet.com;
heather@magnoliafleet.com

**Invoice # 15073**
**9/14/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: ███████

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/11 18:30 09/11 18:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/11 18:30 09/13 16:30 | 3.00 | 125.00 | --- | 0.00 | 375.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sally Ann **(M/V)** | 09/13 16:30 09/13 16:30 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Fleeting Total | 375.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 825.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

Phone: **5046442535**

Email: **kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15074**
**9/14/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name:



| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/11 18:30 09/11 18:30 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/11 18:30 09/13 16:30 | 3.00 | 125.00 | --- | 0.00 | 375.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sally Ann (M/V) | 09/13 16:30 09/13 16:30 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Shift Total | 450.00 |
| Fleeting Total | 375.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 825.00**



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX  77027

| | |
|---|---|
| **Invoice Number:** | 28472 |
| **Invoice Date:** | September 15, 2018 |
| **Ship Date:** | |
| **Due Date:** | 9/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| ADELINE | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Towing | 9/1-9/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | |
|---|---|
| Subtotal | 63,750.00 |
| Sales Tax | |
| Total Invoice Amount | 63,750.00 |
| Payment/Credit Applied | |
| **TOTAL** | **63,750.00** |

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

Phone: 5046442535

Email: kstewart@magnoliafleet.com;
heather@magnoliafleet.com

**Invoice # 15279**
**9/25/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name:

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLY ANN 122 Fleet | 09/17 18:15 09/17 18:15 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/17 18:15 09/18 16:50 | 2.00 | 125.00 | --- | 0.00 | 250.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sally Ann (M/V) | 09/18 16:50 09/18 16:50 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|---|
| Fleeting Total | 250.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 700.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15280**
**9/25/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLY ANN 122 Fleet | 09/17 18:15 09/17 18:15 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/17 18:15 09/18 16:50 | 2.00 | 125.00 | --- | 0.00 | 250.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sally Ann (M/V) | 09/18 16:50 09/18 16:50 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Shift Total | 450.00 |
| Fleeting Total | 250.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 700.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15393**
**9/28/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

**GRIFFIN BARGE LINE**
**4265 SAN FELIPE ST.**
**HOUSTON, TX 77027**

ACH Payment: Bank Name:



| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLY ANN 122 Fleet | 09/19 18:50 09/19 18:50 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/19 18:50 09/26 16:50 | 8.00 | 125.00 | --- | 0.00 | 1,000.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 09/26 16:50 09/26 16:50 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|--------|
| Shift Total | 450.00 |
| Fleeting Total | 1,000.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,450.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15394**
**9/28/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

**GRIFFIN BARGE LINE**
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: ███
███████████

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLY ANN 122 Fleet | 09/19 18:50 09/19 18:50 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/19 18:50 09/26 16:50 | 8.00 | 125.00 | --- | 0.00 | 1,000.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 09/26 16:50 09/26 16:50 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Shift Total | 450.00 |
| Fleeting Total | 1,000.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,450.00**



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX 77027

| | |
|---|---|
| **Invoice Number:** | 28471 |
| **Invoice Date:** | September 30, 2018 |
| **Ship Date:** | |
| **Due Date:** | 10/15/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| ADELINE | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Charter | 9/16-9/30: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |
| 1.00 | Fuel | 8/19/18: Kirby Invoice 50025519 | 14,984.33 | 14,984.33 |
| | | 6388 gals @ $2.3447    $14,977.94 | | |
| | | Fed Lust Tax              $      6.39 | | |
| | | Total                        $14,984.33 | | |

| | |
|---|---|
| Subtotal | 78,734.33 |
| Sales Tax | |
| Total Invoice Amount | 78,734.33 |
| Payment/Credit Applied | |
| **TOTAL** | **78,734.33** |

<span style="color:red">**REMIT PAYMENT TO:**
**ACH PAYMENT:**</span>



<span style="color:red">BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002</span>



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15607**
**10/11/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name: ███

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|-----------|-------|---------|----------|-----------|-----|------|------|-------|--------|
| GRIFFIN 3L | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/27 17:20 09/27 17:20 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 3L | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/27 17:20 10/03 12:35 | 7.00 | 125.00 | --- | 0.00 | 875.00 |
| GRIFFIN 3L | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 10/03 12:35 10/03 12:35 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---------|------|
| Shift Total | 450.00 |
| Fleeting Total | 875.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,325.00**



**Attn: Kristin Stewart / Heather Candell**
**Magnolia Fleet, LLC**
**3000 Ridgelake Dr.**

**Metairie, LA 70002**

**Phone: 5046442535**

**Email: kstewart@magnoliafleet.com;**
**heather@magnoliafleet.com**

**Invoice # 15608**
**10/11/2018**
**CUSTOMER#:**
**150**

**TERMS: 15 Days**

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX 77027

ACH Payment: Bank Name:


| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 4T | MV Louisiana | Shift In - Oversize Barge | SALLIE ANN 122 Fleet | 09/27 17:20 09/27 17:20 | - | 225.00 | --- | 0.00 | 225.00 |
| GRIFFIN 4T | Unassisted | Fleeting - Tank Barge | 122 Fleet | 09/27 17:20 10/03 12:35 | 7.00 | 125.00 | --- | 0.00 | 875.00 |
| GRIFFIN 4T | MV Louisiana | Shift Out - Oversize Barge | 122 Fleet Sallie Ann (M/V) | 10/03 12:35 10/03 12:35 | - | 225.00 | --- | 0.00 | 225.00 |

| Summary | |
|---|---|
| Fleeting Total | 875.00 |
| Shift Total | 450.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 1,325.00**



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX 77027

| | |
|---|---|
| **Invoice Number:** | 28566 |
| **Invoice Date:** | October 15, 2018 |
| **Ship Date:** | |
| **Due Date:** | 10/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Charter | 10/1-10/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | | |
|---|---|---|
| Subtotal | | 63,750.00 |
| Sales Tax | | |
| Total Invoice Amount | | 63,750.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **63,750.00** |

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |
| 4265 San Felipe Suite 1100 |
| Houston , TX 77027 |

**Invoice Number:** 28567
**Invoice Date:** October 31, 2018
**Ship Date:**
**Due Date:** 11/15/18

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | Charter | 10/16-10/31: MV ADELINE ON CHARTER | 4,250.00 | 68,000.00 |
| | | Subtotal | | 68,000.00 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 68,000.00 |
| | | Payment/Credit Applied | | |
| | | **TOTAL** | | **68,000.00** |

REMIT PAYMENT TO:
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002