

**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS3427
**Invoice Date:** August 27, 2018
**Ship Date:** August 24, 2018
**Due Date:** September 12, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | MV SALLIE ANN | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 9,190.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.32000 | 21,320.80 |
| 9,190.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 9.19 |
| 9,190.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 3427 START TIME: 2320 | 0.00214 | 19.67 |

| | |
| --- | --- |
| Subtotal | 21,349.66 |
| Sales Tax | |
| Total Invoice Amount | 21,349.66 |
| Payment/Credit Applied | |
| **TOTAL** | **21,349.66** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



EXHIBIT

B



MID STREAM

**Delivery
Meter Ticket**

3427

| DATE | BARGE/CARRIER |
|---|---|
| 8 / 24 / 18 | MA6572 |

FOR VESSEL
Sallie Ann Griffon?

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

PURCHASE ORDER
SallieAM

LOCATION
122

| | SULFUR | API GRAVITY |
|---|---|---|
| | — | — |

| START TIME | FINISH TIME | TEMP. | FLASH |
|---|---|---|---|
| 2320 | 0016 | — | |

| METER RUN # | READING FINISH |
|---|---|
| AA 2 8 0 | 6 4 2 0 2 6 4 |
| AA 2 7 9 | 6 4 1 1 0 7 4 |
| | READING START |

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 9190 | |

BUYERS WITNESS

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** MS3429
**Invoice Date:** August 27, 2018
**Ship Date:** August 25, 2018
**Due Date:** September 12, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| 4T | 4T | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,682.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.32000 | 8,542.24 |
| 3,682.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 3.68 |
| 3,682.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 3429 START TIME: 0105 | 0.00214 | 7.88 |

| | | |
|---|---|---|
| Subtotal | | 8,553.80 |
| Sales Tax | | |
| Total Invoice Amount | | 8,553.80 |
| Payment/Credit Applied | | |
| **TOTAL** | | **8,553.80** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

<span style="color:red">**REMIT PAYMENT TO:**</span>
<span style="color:red">ACH PAYMENT:</span>



<span style="color:red">BY MAIL:</span>
<span style="color:red">Magnolia Midstream, LLC</span>
<span style="color:red">3000 Ridgelake Dr</span>
<span style="color:red">Metairie, LA 70002</span>

**Delivery Meter Ticket**

3429

| DATE | BARGE/CARRIER |
|------|---------------|
| 8 / 25 / 8 | MA 1522 |

**FOR VESSEL**

4t (Griffco)

**PRODUCT:** NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

**PURCHASE ORDER**

4t

**LOCATION**

/22

| SULFUR | API GRAVITY |
|--------|-------------|
| ~ | ~ |

| START TIME | FINISH TIME | TEMP. | FLASH |
|------------|-------------|-------|-------|
| 0/05 | 0/30 | ~ | |

| METER RUN # | READING FINISH |
|-------------|----------------|
| AA 2 8 2 | 6 4 2 7 1 8 5 |
| AA 2 8 1 | 6 4 2 3 5 0 3 |

READING START

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 3682 | |

**BUYERS WITNESS**

**MAGNOLIA MID STREAM WITNESS**



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** 3665
**Invoice Date:** August 31, 2018
**Ship Date:**
**Due Date:** September 30, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| SALLIE ANN | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 8/6: PLEASE SEE TICKET 1514 | | |
| 4.00 | Lube Oil | MOBIL DELVAC 1300 | 879.83000 | 3,519.32 |

| | | |
|---|---|---|
| Subtotal | | 3,519.32 |
| Sales Tax | | |
| Total Invoice Amount | | 3,519.32 |
| Payment/Credit Applied | | |
| **TOTAL** | | **3,519.32** |

Magnolia Midstream LLC does not
co-mingle any Bio-Diesel with ULSD. All of
the diesel fuel we sell is 100% ULSD(max
ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:


BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

# MAGNOLIA MIDSTREAM
### TEL.(504) 402-6785
### TEL.(504) 247-8825

**LUBE OIL DELIVERY TICKET**

**1514**

SOLD TO: _Griffin Barge Line / Mag Fleet_

M/V: _Sallie Ann_

P.O#: _Sallie Ann_     DATE: _8-6-18_

| PRODUCT | UNIT | | QUANTITY |
|---|---|---|---|
| CHEVRON | | | |
| | | | |
| | | | |
| MOBIL | | | |
| Delvac 1300 15w40 | 55 gal drum | | X 4 |
| | | | |
| SHELL | | | |
| | | | |
| | | | |
| TOTAL | | | |
| | | | |
| | | | |
| CASTROL | | | |
| | | | |

ARRIVED: _IN_          DEPARTED: _FLEET_

X _[signature]_          X _ZACH BUCKOT_

CUSTOMER SIGN AFTER DELIVERY          PRINT NAME

_[signature]_          MAG 572

MIDSTREAM WITNESS          BARGE CARRIER



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** 3666
**Invoice Date:** August 31, 2018
**Ship Date:**
**Due Date:** September 30, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| SALLIE ANN | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 5.00 | Lube Oil | 8/25: PLEASE SEE TICKET 1024<br>MOBIL DELVAC 1300 15W40 DRUMS | 876.61000 | 4,383.05 |

| | |
|---|---|
| Subtotal | 4,383.05 |
| Sales Tax | |
| Total Invoice Amount | 4,383.05 |
| Payment/Credit Applied | |
| **TOTAL** | **4,383.05** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

# MAGNOLIA MIDSTREAM
### TEL.(504) 402-6785
### TEL.(504) 247-8825

LUBE OIL DELIVERY TICKET

**1024**

SOLD TO: Griffen Barge

M/V: Sallie Am

P.O#: Sallie Ann

DATE: 8-25-8

| PRODUCT | UNIT | | QUANTITY |
|---|---|---|---|
| CHEVRON | | | |
| | | | |
| | | | |
| MOBIL Delvac 1300 Super 15v-40 | | | 5 Drums |
| | | | |
| | | | |
| SHELL | | | |
| | | | |
| | | | |
| TOTAL | | | |
| | | | |
| | | | |
| CASTROL | | | |
| | | | |

ARRIVED: 122

DEPARTED: 122

CUSTOMER SIGN AFTER DELIVERY

Christopher McG
PRINT NAME

MA 657/

MIDSTREAM WITNESS

BARGE CARRIER



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** 3662
**Invoice Date:** September 3, 2018
**Ship Date:**
**Due Date:** October 3, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| SALLIE ANN | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2.00 | OIL TRASH BAGS | 9/2: PLEASE SEE TICKET 5057 | 25.00000 | 50.00 |
| 21.00 | FUEL FILTERS | | 8.00000 | 168.00 |

| | |
|---|---|
| Subtotal | 218.00 |
| Sales Tax | |
| Total Invoice Amount | 218.00 |
| Payment/Credit Applied | |
| **TOTAL** | **218.00** |

Magnolia Midstream LLC does not
co-mingle any Bio-Diesel with ULSD. All o
the diesel fuel we sell is 100% ULSD(max
ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:


BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

6429024     GRAPHICS UNLIMITED, INC. • (281) 462-1200

NatureSolv™ the environmentally responsible carbonless capsule

## MAGNOLIA MIDSTREAM
### TEL.(504) 402-6785
### TEL.(504) 247-8825

**SUPPLY DELIVERY TICKET**

5057

SOLD TO: Griffin Barge Line / Mag flee

M/V: Sallie Ann

P.O# Sallie Ann     DATE: 9-2-18

| PRODUCT | UNIT | | QUANTITY |
|---|---|---|---|
| SPENT OIL(SLOP) | | O:<br>C: | |
| OILY TRASH | | | X 2 |
| USED FILTERS | | | 21 FILTERS |
| DEGREASER | | | |
| ABSORBANT PADS | | | |
| RAGS | | | |
| ENVIROMENTAL BAGS | | | |
| FUEL STICK | | | |
| PIKE POLE | | | |
| SPILL KIT | | | |
| ABSORBANT BOOM | | | |
| GREASE | | | |
| ROPE/LINE | | | |
| | | | |

ARRIVED: IN      DEPARTED: FLEET

X _____     X Caleb Helf
CUSTOMER SIGN AFTER DELIVERY     PRINT NAME

_____     MAG 571
MIDSTREAM WITNESS     BARGE CARRIER



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** MS2654
**Invoice Date:** September 17, 2018
**Ship Date:** September 12, 2018
**Due Date:** October 17, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
|  | 4T | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7,251.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 17,619.93 |
| 7,251.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 7.25 |
| 7,251.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2654 START TIME: 1120 | 0.00214 | 15.52 |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

| | |
|---|---|
| Subtotal | 17,642.70 |
| Sales Tax | |
| Total Invoice Amount | 17,642.70 |
| Payment/Credit Applied | |
| **TOTAL** | **17,642.70** |

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**Delivery Meter Ticket**

2654

| DATE | | | BARGE/CARRIER |
|---|---|---|---|
| 9 | 12 | 18 | MAG571 |

**FOR VESSEL**

4t  (Griffin BargLine)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX)

PURCHASE ORDER

4t

LOCATION

122

SULFUR

API GRA

| START TIME | FINISH TIME | TEMP | FLASH |
|---|---|---|---|
| 1120 | 1205 | | |

| METER RUN # | READING FINISH |
|---|---|
| A 5 5 9 | 8 2 9 3 1 7 |
| A 5 5 8 | 8 2 8 5 9 2 |
| | READING START |

NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/  2751

METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/

BUYERS WITNESS

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS2655
**Invoice Date:** September 17, 2018
**Ship Date:** September 12, 2018
**Due Date:** October 2, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| 3L | 3L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 6,970.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 16,937.10 |
| 6,970.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 6.97 |
| 6,970.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2655 START TIME: 1030 | 0.00214 | 14.92 |

| | | |
| --- | --- | --- |
| Subtotal | | 16,958.99 |
| Sales Tax | | |
| Total Invoice Amount | | 16,958.99 |
| Payment/Credit Applied | | |
| **TOTAL** | | **16,958.99** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



MID STREAM

**Delivery
Meter Ticket**

2655

| DATE | BARGE/CARRIER |
|---|---|
| 9 / 12 / 18 | MAG571 |

FOR VESSEL

3C (Corican Barge Line)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

PURCHASE ORDER

3

LOCATION

122

| | | SULFUR | API GRAVITY |
|---|---|---|---|
| START TIME | FINISH TIME | — | — |
| 1030 | 1115 | TEMP. — | FLASH — |

| METER RUN # | READING FINISH |
|---|---|
| AA 5 5 8 | 8 2 8 5 9 2 6 |
| AA 5 5 7 | 8 2 7 8 9 5 6 |
| | READING START |

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 6970 | |

BUYERS WITNESS

X Caleb Helton

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

| | |
| --- | --- |
| **Invoice Number:** | MS2656 |
| **Invoice Date:** | September 17, 2018 |
| **Ship Date:** | September 12, 2018 |
| **Due Date:** | October 3, 2018 |

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| MV SALLIE ANN | MV SALLIE ANN | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 7,370.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 17,909.10 |
| 7,370.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 7.37 |
| 7,370.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2656 START TIME: 1250 | 0.00214 | 15.77 |

| | |
| --- | --- |
| Subtotal | 17,932.24 |
| Sales Tax | |
| Total Invoice Amount | 17,932.24 |
| Payment/Credit Applied | |
| **TOTAL** | **17,932.24** |

Magnolia Midstream LLC does not
co-mingle any Bio-Diesel with ULSD. All of
the diesel fuel we sell is 100% ULSD(max
ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**Delivery Meter Ticket**

2656

| DATE | BARGE/CARRIER |
|---|---|
| 9 / 12 / 18 | MAL57L |

FOR VESSEL

Sullie AM (CGriff in Barge)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

PURCHASE ORDER

Sullie AM

LOCATION

122

| | | SULFUR | API GRAVITY |
|---|---|---|---|
| START TIME | FINISH TIME | | |
| 1250 | 1345 | TEMP. | FLASH |

| METER RUN # | READING FINISH |
|---|---|
| AA 5 6 0 | 8 3 0 0 5 4 7 |
| AA 5 5 9 | 8 2 9 3 1 7 7 |

READING START

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 7370 | |

BUYERS WITNESS

x

MAGNOLIA MID STREAM WITNESS

CUSTOMER SIGN

MIDSTREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS3456
**Invoice Date:** September 20, 2018
**Ship Date:** September 20, 2018
**Due Date:** October 6, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | MV SALLIE ANN | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 2,580.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 6,269.40 |
| 2,580.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 2.58 |
| 2,580.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 3456 START TIME: 0955 | 0.00214 | 5.52 |

| | |
| --- | --- |
| Subtotal | 6,277.50 |
| Sales Tax | |
| Total Invoice Amount | 6,277.50 |
| Payment/Credit Applied | |
| **TOTAL** | **6,277.50** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



MAGNOLIA MID STREAM

**Delivery
Meter Ticket**   - - - **3456**

| DATE | | | BARGE/CARRIER |
|---|---|---|---|
| 09 / 20 / 18 | | | MAG 572 |

FOR VESSEL

m/v Sallie Ann (Griffin)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

PURCHASE ORDER

Sallie Ann

LOCATION

122

| SULFUR | API GRAVITY |
|---|---|
| — | — |

| START TIME | FINISH TIME | TEMP. | FLASH |
|---|---|---|---|
| 0955 | 1025 | | |

| METER RUN # | READING FINISH |
|---|---|
| AA 3 0 8 | 6 5 2 0 5 0 9 |
| AA 3 0 7 | 6 5 1 7 9 2 9 |
| | READING START |

| NET GALLONS / BBLS (circle one) | METRIC TONS |
|---|---|
| DELIVERED/ GROSS VOLUME RECEIVED/   2,580 | DELIVERED/ GROSS VOLUME RECEIVED/ |

BUYERS WITNESS

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS3457
**Invoice Date:** September 20, 2018
**Ship Date:** September 20, 2018
**Due Date:** October 6, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | 3L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 7,320.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 17,787.60 |
| 7,320.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 7.32 |
| 7,320.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 3457 START TIME: 1045 | 0.00214 | 15.66 |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

| | |
| --- | --- |
| Subtotal | 17,810.58 |
| Sales Tax | |
| Total Invoice Amount | 17,810.58 |
| Payment/Credit Applied | |
| **TOTAL** | **17,810.58** |

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**Delivery
Meter Ticket**

3457

| DATE | BARGE/CARRIER |
|---|---|
| 09 / 20 / 18 | Mag 512 |

FOR VESSEL

3L (Griffin Barge Line)

| PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX) | PURCHASE ORDER |
|---|---|
| | 3L |
| | LOCATION |
| | 122 |

| | | SULFUR | API GRAVITY |
|---|---|---|---|

| START TIME | FINISH TIME | TEMP. | FLASH |
|---|---|---|---|
| 1045 | 11 40 | | |

| METER RUN # | READING FINISH |
|---|---|
| AA 3 0 9 | 6 5 2 7 8 2 9 |
| AA 3 0 8 | 6 5 2 0 5 0 9 |

READING START

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 7,320 | |

BUYERS WITNESS

X

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** 3669
**Invoice Date:** September 21, 2018
**Ship Date:**
**Due Date:** October 21, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| SALLIE ANN | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| | | 9/3: PLEASE SEE TICKET 1026 | | |
| 10.00 | Lube Oil | SHELL TELLUS S2M46 PAILS | 74.75000 | 747.50 |
| 15.00 | Lube Oil | MOBIL DELVAC 1300 SUPER 15W40 PAILS | 88.50000 | 1,327.50 |
| 4.00 | Lube Oil | MOBIL DELVAC 1300 SUPER 15W40 DRUMS | 943.65000 | 3,774.60 |

| | | |
| --- | --- | --- |
| Subtotal | | 5,849.60 |
| Sales Tax | | |
| Total Invoice Amount | | 5,849.60 |
| Payment/Credit Applied | | |
| **TOTAL** | | **5,849.60** |

Magnolia Midstream LLC does not
co-mingle any Bio-Diesel with ULSD. All o
the diesel fuel we sell is 100% ULSD(max
ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

6429022     GRAPHICS UNLIMITED, INC. • (281) 462-1200

**NatureSolv™** the environmentally responsible carbonless capsule

# MAGNOLIA MIDSTREAM
### TEL.(504) 402-6785
### TEL.(504) 247-8825

**LUBE OIL DELIVERY TICKET**

## 1026
3669

SOLD TO: GRIFFIN BARGE LINE

M/V: SALLIE ANN

P.O# SALLIE ANN     DATE: 09/03/13

| PRODUCT | UNIT | QUANTITY |
|---|---|---|
| CHEVRON | | |
| | | |
| | | |
| MOBIL   DELVAC 1300 15W40 | DRUM | 4 DRUMS |
| DELVAC 1300 15W40 | BUCKET | 15 BUCKETS |
| | | |
| SHELL HYDRAULIC S2M46 | BUCKET | 10 BUCKET |
| | | |
| | | |
| TOTAL | | |
| | | |
| | | |
| CASTROL | | |
| | | |

ARRIVED: IN

CUSTOMER SIGN AFTER DELIVERY

MIDSTREAM WITNESS

DEPARTED: FLEET (122)
Caleb Hafrick
PRINT NAME

MAG 571
BARGE CARRIER



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
|---|
| Griffin Barge Line |

**Invoice Number:** MS3458
**Invoice Date:** September 25, 2018
**Ship Date:** September 20, 2018
**Due Date:** October 11, 2018

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | 4T | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7,710.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.43000 | 18,735.30 |
| 7,710.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 7.71 |
| 7,710.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 3458 START TIME: 1145 | 0.00214 | 16.50 |

| | |
|---|---|
| Subtotal | 18,759.51 |
| Sales Tax | |
| Total Invoice Amount | 18,759.51 |
| Payment/Credit Applied | |
| **TOTAL** | **18,759.51** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**

ACH PAYMENT:



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**MAGNOLIA**
**MID STREAM**

## Delivery
## Meter Ticket

3458

| DATE | BARGE/CARRIER |
|------|---------------|
| 09 / 20 / 18 | Mag 572 |

FOR VESSEL
4T (Griffin Barge Line)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

PURCHASE ORDER
~~122~~ 4T

LOCATION
122

| | SULFUR | API GRAVITY |
|---|--------|-------------|
| | — | |
| | TEMP. | FLASH |
| | | |

| START TIME | FINISH TIME |
|------------|-------------|
| 1145 | 1240 |

| METER RUN # | READING FINISH |
|-------------|----------------|
| AA 3 1 0 | 6 5 3 5 5 3 9 |
| AA 3 0 9 | 6 5 2 7 8 2 9 |
| | READING START |

| NET GALLONS / (BBLS) (circle one) | METRIC TONS |
|-----------------------------------|-------------|
| DELIVERED/ GROSS VOLUME RECEIVED/ | 7710 | DELIVERED/ GROSS VOLUME RECEIVED/ |

BUYERS WITNESS
X 3

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS2705
**Invoice Date:** October 23, 2018
**Ship Date:** October 17, 2018
**Due Date:** November 8, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | GRIFFIN 1L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 10,350.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.53000 | 26,185.50 |
| 10,350.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 10.35 |
| 10,350.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2705 START TIME: 0740 | 0.00214 | 22.15 |

| | |
| --- | --- |
| Subtotal | 26,218.00 |
| Sales Tax | |
| Total Invoice Amount | 26,218.00 |
| Payment/Credit Applied | |
| **TOTAL** | **26,218.00** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**MAGNOLIA MID STREAM**

**Delivery Meter Ticket**

2705

| DATE | BARGE/CARRIER |
|---|---|
| 10 / 17 / 18 | M/G 571 |

| FOR VESSEL |
|---|
| Griffin 1L (Griffin) |

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX)

**PURCHASE ORDER**
Griffin 1L

**LOCATION**
Star Fleet

| SULFUR | API GRAVITY |
|---|---|
|  |  |

| START TIME | FINISH TIME |
|---|---|
| 0740 | 0830 |

| TEMP. | FLASH |
|---|---|
|  |  |

| METER RUN # | READING FINISH |
|---|---|
| AA 609 | 8 5 6 6 2 0 8 |
| AA 608 | 8 5 5 5 8 5 8 |

READING START

NET GALLONS / BBLS (circle one)
DELIVERED/
GROSS VOLUME
RECEIVED/       10,350

METRIC TONS
DELIVERED/
GROSS VOLUME
RECEIVED/

BUYERS WITNESS

MAGNOLIA MID STREAM WITNESS



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS2706
**Invoice Date:** October 23, 2018
**Ship Date:** October 17, 2018
**Due Date:** November 8, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | GRIFFIN 2L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 11,000.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.53000 | 27,830.00 |
| 11,000.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 11.00 |
| 11,000.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2706 START TIME: 0845 | 0.00214 | 23.54 |

| | | |
| --- | --- | --- |
| Subtotal | | 27,864.54 |
| Sales Tax | | |
| Total Invoice Amount | | 27,864.54 |
| Payment/Credit Applied | | |
| **TOTAL** | | **27,864.54** |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max. ppm) with a minimum flash of 140 F.

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002



**MAGNOLIA**
**MID STREAM**

**Delivery**
**Meter Ticket**

2706

| DATE | BARGE/CARRIER |
|---|---|
| 10 / 17 / 18 | MAC-571 |

**FOR VESSEL**
Griffin OT                    (Griffin)

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL,
3, III, DYED, NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE.
15PPM SULFUR (MAX)

**PURCHASE ORDER**
Griffin OT

**LOCATION**
Star Fleet

| SULFUR | API GRAVITY |
|---|---|

| START TIME | FINISH TIME | TEMP. | FLASH |
|---|---|---|---|
| 0845 | 0940 | | |

| METER RUN # | READING FINISH |
|---|---|
| AA 6 1 0 | 8 5 7 7 2 0 8 |
| AA 6 0 9 | 8 5 6 6 2 0 8 |
| | READING START |

| NET GALLONS / BBLS (circle one) | METRIC TONS |
|---|---|
| DELIVERED/ | DELIVERED/ |
| GROSS VOLUME | GROSS VOLUME |
| RECEIVED/    11,000 | RECEIVED/ |

BUYERS WITNESS

MAGNOLIA MID STREAM WITNESS