UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FLEET, LLC, and MAGNOLIA MIDSTREAM, LLC**<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>**GRIFFIN BARGE LINE, LLC,**<br><br>**Defendant** | **CIVIL ACTION NO:**<br><br>**SECTION ""**<br>**Judge :**<br><br>**DIVISION**<br>**Judge:**<br><br>**Rule 9(h) – Admiralty** |

## ATTORNEY'S DECLARATION THAT
## DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT

Pursuant to 28 U.S.C. § 1746, I, Aaron B. Greenbaum, verify under penalty of perjury that the following declarations are true and correct:

1. I am a member of the Bar of this Court, am associated with the firm of Pusateri, Johnston, Guillot & Greenbaum, LLC, and represent the plaintiffs herein, Magnolia Fleet, LLC and Magnolia Midstream, LLC.

2. That I have contacted the Secretary of State, State of Louisiana, to determine if Griffin Barge Lines, LLC was and is a domestic corporation organized and existing pursuant to the laws of the State of Louisiana, or has appointed an agent for service of process in the State of Texas.

3. That the filings on record with the Secretary of State, State of Louisiana, indicate that Griffin Barge Lines, LLC is not registered with the Secretary of State, State of Louisiana.

4. That the Secretary of State, State of Louisiana, does not have a record of Griffin Barge Lines, LLC maintaining a registered agent for service of process within the State of Louisiana.

5. That I searched Griffin Barge Lines, LLC's website and used internet search engines, no telephone or address listing exists for Griffin Barge Lines, LLC in the State of Louisiana.

6. I submit that the defendant, Griffin Barge Lines, LLC, is not to be found within the District for the U.S. District Court for the Eastern District of Texas within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

7. Upon information and belief, the defendant, Griffin Barge Lines, LLC has or will have during the pendency of this action, tangible and intangible property within the District in the hands of the Magnolia Fleet East Fleet.

SIGNED this 23rd day of October, 2018.

_____
Aaron B. Greenbaum (LA Bar No. 31752)