UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FLEET, LLC, AND MAGNOLIA MIDSTREAM, LLC**<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>**GRIFFIN BARGE LINE, LLC,**<br><br>**Defendant** | **CIVIL ACTION NO: 18-9864**<br><br>**SECTION ""**<br>**Judge :**<br><br>**DIVISION**<br>**Judge:**<br><br>**Rule 9(h) – Admiralty** |

### PROCESS OF MARITIME ATTACHMENT TO THE UNITED STATES MARSHAL

**WHEREAS** a Complaint has been filed against the defendant, Griffin Barge Line, LLC, upon an Admiralty and Maritime Claim for Damages arising from non-payment for the provision of marine fuel, charter hire, and fleeting services, and praying for maritime attachment of the vessels GRIFFIN 2T and GRIFFIN 1L, their appurtenances and apparel,

**YOU ARE HEREBY COMMANDED** to attach the said vessels, GRIFFIN 2T, USCG No. 1267928 and GRIFFIN 1L, USCG No. 1267926, their appurtenances and apparel and to detain the same in your custody until further Order of the Court, and to give due notice to all persons claiming the same or having anything to say as to why this process for maritime attachment should not issue;

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return promptly after execution thereof.

Dated this _____ day of October, 2018

_____
CLERK OF COURT