UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FLEET, LLC, AND MAGNOLIA MIDSTREAM, LLC**<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>**GRIFFIN BARGE LINE, LLC,**<br><br>**Defendant** | **CIVIL ACTION NO: 18-9864**<br><br>**SECTION ""**<br>**Judge :**<br><br>**DIVISION**<br>**Judge:**<br><br>**Rule 9(h) – Admiralty** |

## ORDER FOR ISSUANCE OF PROCESS OF <u>MARITIME ATTACHMENT AND GARNISHMENT</u>

Upon reading the Verified Complaint for issuance of maritime attachment and garnishment and the declaration attached thereto, the Court finds that the conditions set forth in Supplemental Admiralty Rule B appear to exist, and it is this __24th__ day of October, 2018, by the United States District Court for the Eastern District of Louisiana:

**ORDERED ADJUDGED AND DECREED** that the Clerk of Court is authorized and ordered to issue the process of maritime attachment and garnishment prayed for in the Complaint;

**ORDERED ADJUDGED AND DECREED** that the United States Marshal for the Eastern District of Louisiana shall attach the GRIFFIN 2T, USCG no. 1267928, her equipment and appurtenances; serve a copy of the Original Verified Complaint and Process for Attachment upon the person in possession of the of the GRIFFIN 2T, USCG no. 1267928 or her agent; and return the Process promptly;

**ORDERED ADJUDGED AND DECREED** that the GRIFFIN 2T shall not depart the U.S. Eastern District of Louisiana while under attachment. The GRIFFIN 2T may perform limited

movement within the Port of its attachment, and may shift berths to perform repair and cargo operations;

**ORDERED ADJUDGED AND DECREED** that the United States Marshal for the Eastern District of Louisiana shall attach the GRIFFIN 1L, USCG No. 1267926, her equipment and appurtenances; serve a copy of the Original Verified Complaint and Process for Attachment upon the person in possession of the of the GRIFFIN 1L or her agent; and return the Process promptly;

**ORDERED ADJUDGED AND DECREED** that the GRIFFIN 1L shall not depart the U.S. Eastern District of Louisiana while under attachment. The GRIFFIN 1L may perform limited movement within the Port of its attachment, and may shift berths to perform repair and cargo operations;

**ORDERED ADJUDGED AND DECREED** that any person claiming an interest on the property attached or garnished pursuant to said Order shall be entitled upon application to the Court, to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or any other relief granted;

**ORDERED ADJUDGED AND DECREED** that the attaching parties, Magnolia Fleet, LLC and Magnolia Midstream, LLC, agree to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of the GRIFFIN 1L and the GRIFFIN 2T.

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the said process of maritime attachment and garnishment.

New Orleans, Louisiana, this __24th__ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE