317-20428                                                                                                                  #1381596

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FLEET, LLC, AND MAGNOLIA MIDSTREAM, LLC**<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>**GRIFFIN BARGE LINE, LLC,**<br><br>**Defendant** | **CIVIL ACTION NO: 2:18-cv-09864**<br><br>**SECTION "I"**<br><br>**DISTRICT JUDGE**<br>**HON. JUDGE M. AFRICK**<br><br>**MAGISTRATE JUDGE**<br>**HON. MICHAEL NORTH**<br><br>**Rule 9(h) – Admiralty** |

## FIRST AMENDED VERIFIED COMPLAINT

COMES NOW, Plaintiffs MAGNOLIA FLEET, LLC ("Magnolia Fleet"), and MAGNOLIA MIDSTREAM, LLC ("Magnolia Midstream" and together with Magnolia Fleet "Plaintiffs") by and through undersigned counsel to hereby file its First Amended Complaint against Defendant GRIFFIN BARGE LINE, LLC ("Griffin" or "Owner") pursuant to Fed. R. Civ. P. 15(1)(A) as follows:

## PARTIES, JURISDICTION AND VENUE

34.     Plaintiffs adopt and re-allege all allegations, claims, and prayers for relief set forth in their Original Verified Complaint (Rec. Doc. 1), as if set forth herein in full.

35.     On October 24, 2018, this Honorable Court issued Warrants of Foreign Attachment (Rec. Docs. 5-6) pursuant to Rule B, that were served on the GRIFFIN 1L, USCG No. 1267926, and GRIFFIN 2T, USCG No. 1267928. The GRIFFIN 1L and GRIFFIN 2T were seized by the United States Marshal and are currently located at the Magnolia Fleet East Fleet dock located in New Orleans, Louisiana, within this district.

36. The Plaintiffs now file this Amended Complaint to further assert *in rem* maritime lien claims for the provision of necessaries against the GRIFFIN 1L and GRIFFIN 2T.

37. Added as a defendant, *in rem*, is the barge GRIFFIN 1L, USCG No. 1267926.

38. Added as a defendant, *in rem*, is the barge GRIFFIN 2T, USCG No. 1267928.

## COUNT II – RULE C ARREST OF THE GRIFFIN 1L AND THE GRIFFIN 2T

39. Towage is a necessary as defined in the Commercial Instruments and Maritime Lien Act, 46 U.S.C. § 31301(4).

40. Magnolia Fleet, LLC supplied towage and fleeting, a necessary service with a value of at least $467,546.46 to the GRIFFIN 1L and the GRIFFIN 2T.

41. Magnolia Midstream, LLC supplied fuel oil, a necessary good, with a value of at least $26,218.00 to the Griffin 1L and $ 27,864.54 to the Griffin 2T.

42. Despite amicable demand, to date, neither the GRIFFIN 1L, the GRIFFIN 2T, their owner(s), nor their charter(s) have satisfied the Invoices for the supply of towage attached hereto as Exhibit "C" or for the supply of bunkers attached hereto as Exhibit "D."

43. Pursuant to the Commercial Instruments and Maritime Lien Act, 46 U.S.C. § 31301, *et seq.*, and the general maritime law, Plaintiff Magnolia Fleet, LLC holds a maritime lien against the GRIFFIN 1L and the GRIFFIN 2T, for the necessary labor, materials, and services provided to the GRIFFIN 1L and the GRIFFIN 2T with a value of at least $467,546.46, which Plaintiff asserts *in rem*.

44. Pursuant to the Commercial Instruments and Maritime Lien Act, 46 U.S.C. § 31301, *et seq.*, and the general maritime law, Plaintiff Magnolia Midstream, LLC holds a maritime lien against the GRIFFIN 1L and the GRIFFIN 2T, for the necessary labor, materials, and services

provided to the GRIFFIN 1L and the GRIFFIN 2T with a value of at least $54,082.54, which Plaintiff asserts *in rem*.

45.     Pursuant to Supplemental Rules C and E(5)(a), Plaintiffs request that a Warrant of Arrest issue for the GRIFFIN 1L and the GRIFFIN 2T, and that thereafter the Court fix the principal amount of bond or other security to obtain the GRIFFIN 1L and the GRIFFIN 2T's release at an amount sufficient to satisfy the amount of Plaintiffs' claim with accrued interest and costs, and further requests that the Court require that bond or other security be conditioned for the maximum permitted by Rule E(5), which permits up to twice the amount of Plaintiffs' claim.

46.     Under Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Plaintiffs are entitled to arrest the GRIFFIN 1L and the GRIFFIN 2T, which upon information and belief are owned/operated by Griffin Barge Line, LLC.

47.     No waiver is intended of any rights or remedies Plaintiffs may have under any agreement among the parties or by law, which rights and remedies are specifically reserved.

**WHEREFORE**, Plaintiffs, Magnolia Fleet, LLC and Magnolia Midstream, LLC pray:

1. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction issue against the GRIFFIN 1L and the GRIFFIN 2T and their appurtenances, and that they be seized pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

2. That the GRIFFIN 1L and the GRIFFIN 2T be condemned and sold to pay the costs of *custodia legis* and damages owed to Plaintiffs, Magnolia Fleet, LLC and Magnolia Midstream, LLC;

3. That the maritime liens of Plaintiffs Magnolia Fleet, LLC and Magnolia Midstream, LLC, be recognized and enforced with preference and priority over all persons whomsoever; and

4. That this Court enter Final Judgment against the Defendant for Plaintiff, Magnolia Fleet's damages, in the amount of at least $467,546.46 together with interest and costs.

5. That this Court enter Final Judgment against the Defendant for Plaintiff, Magnolia Midstream's damages, in the amount of at least $54,082.54, together with interest and costs.

Dated: October 31, 2018

Respectfully submitted,

*/s/ Aaron B. Greenbaum*
Aaron B. Greenbaum, T.A. (#31752)
Salvador J. Pusateri (#21036)
Elizabeth B. McIntosh (#36575)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Elizabeth B. McIntosh@pjgglaw.com
**ATTORNEYS FOR MAGNOLIA FLEET, LLC AND MAGNOLIA MIDSTREAM, LLC**