**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**
Griffin Barge Line
4265 San Felipe Suite 1100
Houston, TX 77027

**Invoice Number:** 28392
**Invoice Date:** July 31, 2018
**Ship Date:**
**Due Date:** 8/15/18

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| ADELINE | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 14.25 | Towing | 7/8: MV ADELINE ON CHARTER TO GRIFFIN BARGE - START 09:45; STOP 24:00 | 177.08 | 2,523.39 |
| 23.00 | Towing | 7/9-7/31: | 4,250.00 | 97,750.00 |

| | |
|---|---|
| Subtotal | 100,273.39 |
| Sales Tax | |
| Total Invoice Amount | 100,273.39 |
| Payment/Credit Applied | 40,511.26 |
| **TOTAL** | **59,762.13** |

**REMIT PAYMENT TO:**
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**EXHIBIT C**

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston, TX  77027

| | |
|---|---|
| **Invoice Number:** | 28426 |
| **Invoice Date:** | August 15, 2018 |
| **Ship Date:** | |
| **Due Date:** | 8/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Towing | 8/1-8/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | |
|---|---|
| Subtotal | 63,750.00 |
| Sales Tax | |
| Total Invoice Amount | 63,750.00 |
| Payment/Credit Applied | |
| **TOTAL** | **63,750.00** |

**REMIT PAYMENT TO:**
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002



Attn: Kristin Stewart / Heather Candell
Magnolia Fleet, LLC
3000 Ridgelake Dr.
Metairie, LA 70002

Phone: 5046442535

Email: kstewart@magnoliafleet.com; heather@magnoliafleet.com

Invoice # 14502
8/18/2018
CUSTOMER#: 150

TERMS: 15 Days

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX  77027

ACH Payment: Bank Name:

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN 1L | MV Rodney E | Shift In - Oversize Barge | ADELINE / Bolivar Fleet | 08/03 12:50 / 08/03 12:50 | - | 350.00 | --- | 0.00 | 350.00 |
| GRIFFIN 1L | Unassisted | Fleeting - Tank Barge | Bolivar Fleet | 08/03 12:50 / 08/03 16:30 | 1.00 | 200.00 | --- | 0.00 | 200.00 |
| GRIFFIN 1L | MV Rodney E | Shift Out - Oversize Barge | Bolivar Fleet / Adeline (M/V) | 08/03 16:30 / 08/03 16:30 | - | 350.00 | --- | 0.00 | 350.00 |

| Summary | |
|---|---|
| Shift Total | 700.00 |
| Fleeting Total | 200.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 900.00**



Attn: Kristin Stewart / Heather Candell
Magnolia Fleet, LLC
3000 Ridgelake Dr.
Metairie, LA 70002

Phone: 5046442535

Email: kstewart@magnoliafleet.com;
heather@magnoliafleet.com

Invoice # 14505
8/18/2018
CUSTOMER#: 150

TERMS: 15 Days

GRIFFIN BARGE LINE
4265 SAN FELIPE ST.
HOUSTON, TX  77027

ACH Payment: Bank Name: 

| Equipment | Asset | Service | Fr/At-To | Start-End | Qty | Rate | Fuel | Water | Amount |
|---|---|---|---|---|---|---|---|---|---|
| GRIFFIN2T | MV Rodney E | Shift In - Oversize Barge | ADELINE / Bolivar Fleet | 08/03 12:50 / 08/03 12:50 | - | 350.00 | --- | 0.00 | 350.00 |
| GRIFFIN2T | Unassisted | Fleeting - Tank Barge | Bolivar Fleet | 08/03 12:50 / 08/03 16:30 | 1.00 | 200.00 | --- | 0.00 | 200.00 |
| GRIFFIN2T | MV Rodney E | Shift Out - Oversize Barge | Bolivar Fleet / Adeline (M/V) | 08/03 16:30 / 08/03 16:30 | - | 350.00 | --- | 0.00 | 350.00 |

|  | Summary |
|---|---|
| Fleeting Total | 200.00 |
| Shift Total | 700.00 |
| Fuel Total: | 0.00 |
| Water Total: | 0.00 |
| Tax Total: | 0.00 |

**Total Amount Due: $ 900.00**

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX  77027

**Invoice Number:** 28438
**Invoice Date:** August 31, 2018
**Ship Date:**
**Due Date:** 9/15/18

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
|  |  | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | Charter | 8/16-8/31: MV ADELINE ON CHARTER | 4,250.00 | 68,000.00 |

| | |
|---|---|
| Subtotal | 68,000.00 |
| Sales Tax | |
| Total Invoice Amount | 68,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **68,000.00** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



**BY MAIL:**
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**
Griffin Barge Line
4265 San Felipe Suite 1100
Houston, TX 77027

| Invoice Number: | 28472 |
| --- | --- |
| Invoice Date: | September 15, 2018 |
| Ship Date: | |
| Due Date: | 9/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | ADELINE | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 15.00 | Towing | 9/1-9/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | | |
| --- | --- | --- |
| Subtotal | | 63,750.00 |
| Sales Tax | | |
| Total Invoice Amount | | 63,750.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **63,750.00** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**
Griffin Barge Line
4265 San Felipe Suite 1100
Houston, TX 77027

| | |
|---|---|
| **Invoice Number:** | 28471 |
| **Invoice Date:** | September 30, 2018 |
| **Ship Date:** | |
| **Due Date:** | 10/15/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| ADELINE | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Charter | 9/16-9/30: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |
| 1.00 | Fuel | 8/19/18: Kirby Invoice 50025519 | 14,984.33 | 14,984.33 |
| | | 6388 gals @ $2.3447   $14,977.94 | | |
| | | Fed Lust Tax             $      6.39 | | |
| | | Total                         $14,984.33 | | |

| | |
|---|---|
| Subtotal | 78,734.33 |
| Sales Tax | |
| Total Invoice Amount | 78,734.33 |
| Payment/Credit Applied | |
| **TOTAL** | **78,734.33** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**

Griffin Barge Line
4265 San Felipe Suite 1100
Houston , TX  77027

| Invoice Number: | 28566 |
|---|---|
| Invoice Date: | October 15, 2018 |
| Ship Date: | |
| Due Date: | 10/30/18 |

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
| | | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 15.00 | Charter | 10/1-10/15: MV ADELINE ON CHARTER | 4,250.00 | 63,750.00 |

| | |
|---|---|
| Subtotal | 63,750.00 |
| Sales Tax | |
| Total Invoice Amount | 63,750.00 |
| Payment/Credit Applied | |
| **TOTAL** | **63,750.00** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



**BY MAIL:**
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002

**Magnolia Fleet, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

**Bill To:**
Griffin Barge Line
4265 San Felipe Suite 1100
Houston, TX 77027

**Invoice Number:** 28567
**Invoice Date:** October 31, 2018
**Ship Date:**
**Due Date:** 11/15/18

| Customer PO | Vessel/Barges | Payment Terms |
|---|---|---|
|  |  | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | Charter | 10/16-10/31: MV ADELINE ON CHARTER | 4,250.00 | 68,000.00 |

|  |  |
|---|---|
| Subtotal | 68,000.00 |
| Sales Tax |  |
| Total Invoice Amount | 68,000.00 |
| Payment/Credit Applied |  |
| **TOTAL** | **68,000.00** |

**REMIT PAYMENT TO:**
ACH PAYMENT:

BY MAIL:
Magnolia Fleet, LLC
3000 Ridgelake Dr
Metairie, LA 70002