

**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

| | |
| --- | --- |
| **Invoice Number:** | MS2705 |
| **Invoice Date:** | October 23, 2018 |
| **Ship Date:** | October 17, 2018 |
| **Due Date:** | November 8, 2018 |

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
| | GRIFFIN 1L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 10,350.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.53000 | 26,185.50 |
| 10,350.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 10.35 |
| 10,350.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2705 START TIME: 0740 | 0.00214 | 22.15 |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

| | |
| --- | --- |
| Subtotal | 26,218.00 |
| Sales Tax | |
| Total Invoice Amount | 26,218.00 |
| Payment/Credit Applied | |
| **TOTAL** | **26,218.00** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**

BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

EXHIBIT
D



**Delivery Meter Ticket**

2705

| DATE | BARGE/CARRIER |
|---|---|
| 10/17/18 | MHG 571 |
| FOR VESSEL | |
| Griffin IL | (Griffin) |

PRODUCT: NA 1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX)

| PURCHASE ORDER |
|---|
| Griffin IL |
| LOCATION |
| Star Fleet |

| SULFUR | API GRAVITY |
|---|---|
| | |

| START TIME | FINISH TIME |
|---|---|
| 0740 | 0830 |

| TEMP. | FLASH |
|---|---|
| | |

| METER RUN # | READING FINISH |
|---|---|
| AA 609 | 8566208 |
| AA 608 | 8555858 |
| | READING START |

NET GALLONS / BBLS (circle one) — **GALLONS** circled
DELIVERED / GROSS VOLUME RECEIVED/ : 10,350

METRIC TONS DELIVERED / GROSS VOLUME RECEIVED/

BUYERS WITNESS: [signature]
MAGNOLIA MID STREAM WITNESS: [signature]



**Magnolia Midstream, LLC**
3000 Ridgelake Dr
Metairie, LA 70002
Contact: Kristin Stewart
Email: kstewart@magnoliafleet.com
Phone: (504) 644-2535

| Bill To: |
| --- |
| Griffin Barge Line |

**Invoice Number:** MS2706
**Invoice Date:** October 23, 2018
**Ship Date:** October 17, 2018
**Due Date:** November 8, 2018

| Customer PO | Vessel/Barges | Payment Terms |
| --- | --- | --- |
|  | GRIFFIN 2L | 15 Days |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 11,000.00 | Fuel | DIESEL FUEL, NRLM, ULTRA LOW SULFUR, DYED NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE 15PPM SULFUR (MAXIMUM) | 2.53000 | 27,830.00 |
| 11,000.00 | LUST TAX | FEDERAL DIESEL LUST TAX | 0.00100 | 11.00 |
| 11,000.00 | FED OIL SPILL TAX | FEDERAL OIL SPILL TAX TICKET 2706 START TIME: 0845 | 0.00214 | 23.54 |

Magnolia Midstream LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD(max ppm) with a minimum flash of 140 F.

| | |
| --- | --- |
| Subtotal | 27,864.54 |
| Sales Tax | |
| Total Invoice Amount | 27,864.54 |
| Payment/Credit Applied | |
| **TOTAL** | **27,864.54** |

**REMIT PAYMENT TO:**
**ACH PAYMENT:**



BY MAIL:
Magnolia Midstream, LLC
3000 Ridgelake Dr
Metairie, LA 70002

# MAGNOLIA MID STREAM

## Delivery Meter Ticket

**2706**

| DATE | BARGE/CARRIER |
|---|---|
| 10 / 17 / 18 | MAC-571 |

| FOR VESSEL | |
|---|---|
| Griffin OT | (Griffin) |

**PRODUCT:** NA 1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX)

| PURCHASE ORDER |
|---|
| Griffin OT |

| LOCATION |
|---|
| Star Fleet |

| SULFUR | API GRAVITY |
|---|---|
| | |

| START TIME | FINISH TIME |
|---|---|
| 0845 | 0940 |

| TEMP. | FLASH |
|---|---|
| | |

| METER RUN # | READING FINISH |
|---|---|
| AA 610 | 8 5 7 7 2 0 8 |
| AA 609 | 8 5 6 6 2 0 8 |

READING START

| NET GALLONS / BBLS (circle one) DELIVERED/ GROSS VOLUME RECEIVED/ | METRIC TONS DELIVERED/ GROSS VOLUME RECEIVED/ |
|---|---|
| 11,000 (GALLONS circled) | |

BUYERS WITNESS: [signature]

MAGNOLIA MIDSTREAM WITNESS: [signature]