317-20428                                                            #1381661

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAGNOLIA FLEET, LLC, AND MAGNOLIA MIDSTREAM, LLC<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>GRIFFIN BARGE LINE, LLC,<br><br>**Defendant** | CIVIL ACTION NO: 2:18-cv-9864<br><br>SECTION ""<br><br>Judge :<br><br>DIVISION<br>Judge:<br><br>Rule 9(h) – Admiralty |

## **VERIFICATION**

I, W. Daniel Weidner, IV, declare and state:

1. That I am an Officer of both Magnolia Fleet, LLC and Magnolia Midstream, LLC, the plaintiffs in the above-styled action. I am authorized for and on behalf of plaintiffs, and I make this statement for that reason.

2. I am over the age of 18 and I am competent to make and swear to the statements made herein. I have personal knowledge of the facts herein stated, and such facts are true and correct and are based on my personal knowledge.

3. I verily under solemn affirmation that the facts alleged in Magnolia Fleet, LLC and Magnolia Midstream, LLC's First Amended Complaint are true and correct to the best of my knowledge and information based upon the records of Magnolia Fleet, LLC and Magnolia Midstream, LLC except as to any matters stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

4. Pursuant to 28 U.S.C. §1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on the 31 day of October 2018.

*W. Daniel Weidner, IV*
W. Daniel Weidner, IV