# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAGNOLIA FLEET, LLC, and MAGNOLIA MIDSTREAM, LLC**<br><br>**Plaintiffs**<br><br>**VERSUS**<br><br>**GRIFFIN BARGE LINE, LLC,**<br><br>**Defendant** | CIVIL ACTION NO: 2:18-cv-09864<br><br>SECTION "I"<br><br>DISTRICT JUDGE<br>HON. JUDGE M. AFRICK<br><br>MAGISTRATE JUDGE<br>HON. MICHAEL NORTH<br><br>Rule 9(h) – Admiralty |

## MOTION FOR ISSUANCE OF A WARRANT
## OF ARREST PURSUANT TO ADMIRALTY RULE C

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Magnolia Fleet, LLC and Magnolia Midstream, LLC, and hereby respectfully request this Honorable Court to issue an order under Admiralty Rule C, permitting the arrest of the barges GRIFFIN 1L and GRIFFIN 2T, as more fully set forth in the First Amended Verified Complaint.

The arresting party, Magnolia Fleet, LLC and Magnolia Midstream LLC, agree to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the GRIFFIN 1L and the GRIFFIN 2T.

Respectfully submitted,

*/s/ Aaron B. Greenbaum*
Aaron B. Greenbaum, T.A. (#31752)
Salvador J. Pusateri (#21036)
Elizabeth B. McIntosh (#36575)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**

1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Elizabeth.McIntosh@pjgglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Aaron B. Greenbaum*