UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MAGNOLIA FLEET, LLC ET AL.**  CIVIL ACTION

**VERSUS**  No. 18-9864

**GRIFFIN BARGE LINE, LLC**  SECTION I

## ORDER

The Court, having reviewed the verified complaint filed in the above-captioned matter pursuant to Local Admiralty Rule 4.1, finds that the conditions for an action *in rem* appear to exist.

Accordingly,

**IT IS ORDERED** that the Clerk of Court issue a warrant of seizure of the GRIFFIN 1L, USCG No. 1267926, and the GRIFFIN 2T, USCG No. 1267928, in due form.

**IT IS FURTHER ORDERED** that the United States Marshal for the Eastern District of Louisiana shall seize the GRIFFIN 1L and the GRIFFIN 2T, their equipment, and any appurtenances; serve a copy of the first amended complaint and warrant for seizure upon the person in possession of the GRIFFIN 1L and the GRIFFIN 2T or his agent; and return the warrant promptly.

**IT IS FURTHER ORDERED** that the GRIFFIN 1L and the GRIFFIN 2T shall not depart the Eastern District of Louisiana while under arrest. The GRIFFIN 1L and the GRIFFIN 2T may perform limited movement within the Port of New

Orleans. The GRIFFIN 1L and the GRIFFIN 2T may shift berths to perform repair and cargo operations.

**IT IS FURTHER ORDERED** that the GRIFFIN 1L and the GRIFFIN 2T may be released from seizure without further order of the Court if the arresting party or its attorney expressly authorizes the Marshal in writing to release the vessels and agrees to hold the Marshal harmless from liability as a result of the release.

**IT IS FURTHER ORDERED** that the arresting parties, Magnolia Fleet, LLC and Magnolia Midstream, LLC agree to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the GRIFFIN 1L or the GRIFFIN 2T.

New Orleans, Louisiana, October 31, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE