**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2018 NOV -1 [illegible]
WILLIAM W. [BLEVINS]
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Magnolia Fleet, LLC & Magnolia Mid Stream, LLC | 2:18-cv-09864 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Griffin Barge Line LLC | Rule B Writ of Foreign Attachmt. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Griffin 1L
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Magnolia Fleet East Fleet, 7501 Terminal Blvd., New Orleans, LA 70126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron B. Greenbaum
Pusateri, Johnston, Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please call attorney Elizabeth McIntosh at 541-280-6114 before seizing barges. Please call Dennis at 259-5824

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 504-620-2370
DATE: 10/23/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 34 | Vita Jones | 10/24/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
William D. Weidner III President

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10/24/18   Time: 17:00 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $22.00 | | $87.00 | | $0.00 |

**REMARKS:**
Fee
Process
Pald
CtRmDep
Doc. No.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13