| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.   gk
2018 NOV -8 A 10: 24
WILLIAM W. BLEVINS
CLERK

| PLAINTIFF<br>Magnolia Fleet, LLC & Magnolia Midstream, LLC | COURT CASE NUMBER<br>2:18-cv-09864 |
|---|---|
| DEFENDANT<br>Griffin Barge Line LLC | TYPE OF PROCESS<br>Rule C   Warrant of Arrest |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Griffin 1L
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Magnolia Fleet East Fleet, 7501 Terminal Blvd., New Orleans, LA 70126

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Aaron B. Greenbaum<br>Pusateri, Johnston, Guillot & Greenbaum<br>1100 Poydras Street, Suite 2250<br>New Orleans, LA 70163 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                               Fold

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 504-620-2370
DATE: 10/31/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 34 | Signature of Authorized USMS Deputy or Clerk<br>Vita Jones | Date<br>11/1/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Daniel Weidner President

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 11/2/18   Time: 14:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges<br>$65.00 | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

___ Fee ___
_X_ Process ___   Form USM-285
_X_ Dktd ___   Rev. 11/13
___ CtRmDep ___
___ Doc. No. ___